FILED

APR 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **4 : 26 CR 0 0 1 9 8** |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| BRANDON WINNER, | ) | Sections 2252(a)(2) and |
| | ) | 2252A(a)(5)(B); Title 21, United |
| Defendant. | ) | States Code, Sections 841(a)(1) |
| | ) | and (b)(1)(B) |

**COUNT 1**
(Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit
Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

**JUDGE OLIVER**

1.      From on or about February 1, 2023, through on or about March 14, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant BRANDON WINNER did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

**COUNT 2**
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2.      On or about March 18, 2026, in the Northern District of Ohio, Eastern Division, Defendant BRANDON WINNER did knowingly possess an electronic device that contained

child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

COUNT 3
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3.  On or about March 18, 2026, in the Northern District of Ohio, Eastern Division, Defendant BRANDON WINNER did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

FORFEITURE

The Grand Jury further charges:

4.  The allegations of Counts 1 through 3 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853.  As a result of the foregoing offenses, Defendant BRANDON WINNER shall forfeit to the United States: all visual depictions described in § 2251 2251A, 2252, 2252A, 2252B, or 2260, and all books, magazines, periodicals, films, videotapes, and other matter which contain any such visual depictions, which were produced, transported, mailed, shipped or received in violation of 18 U.S.C. Chapter 110; any property constituting or traceable to gross profits or other proceeds obtained from the violation

2

charged in Counts 1 and 2; and, any property used or intended to be used to commit or to promote the commission of the violation charged in Counts 1 and 2, and any property traceable to such property; and any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offense charged in Count 3; and any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offense charged in Count 3.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3